UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

                                                    Case No.  25-40952
Jacqueline Elizabeth Ard                            Chapter 13
and Terry Frank Nicola                              Hon. Maria L. Oxholm

              Debtors.
_____/

**<u>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR LACK OF JURISDICTION</u>**

On January 31, 2025, Debtors filed a Chapter 13 Voluntary Petition for

Individuals Filing Bankruptcy ("Petition"). The Petition indicates that Debtors'

principal residence is 239 Beach City Road, Unit 3218, Hilton Head Island, SC

29926[1], and that their mailing address is 21215 Dartmouth Drive, Southfield, MI

48075. [ECF No. 1, pg. 2, question 5]. The Petition further indicates that Debtors are

filing bankruptcy in this district because this is their "Current Residence Principal

Place of Business 180 Days Before Filing." [ECF No. 1, pg. 2, question 6]. Lastly,

Debtors provide that on October 4, 2024, they filed for bankruptcy in South Carolina.

[ECF No. 1, pg. 3, question 9].

---

1 The Petition further indicates that Debtor 2 resides at 663 William Hilton Parkway, Unit 4408, Hilton Head
Island, SC 22928, which is a different address than where Debtor 1 resides.

Page **1** of **2**

Based on the information provided in the Petition, it is unclear as to if the Debtors have jurisdiction to file in this district. Accordingly,

**IT IS HEREBY ORDERED** that Debtors appear on **Thursday, February 13, 2025, at 10:00 a.m.**, **in Room 1875**, **211 W. Fort Street, Detroit, Michigan**, to show cause why this case should not be dismissed for a lack of jurisdiction.

**Signed on February 3, 2025**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**

Page **2** of **2**