In re:

|  |  |
|---|---|
| | Case No.   25-40952 |
| Jacqueline Elizabeth Ard | Chapter 13 |
| and Terry Frank Nicola | Hon. Maria L. Oxholm |

        Debtors.

_____/

### AMENDED[1]  ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION

On January 31, 2025, Debtors filed a Chapter 13 Voluntary Petition for Individuals Filing Bankruptcy ("Petition"). The Petition indicates that Debtors' principal residence is 239 Beach City Road, Unit 3218, Hilton Head Island, SC 29926[2], and that their mailing address is 21215 Dartmouth Drive, Southfield, MI 48075. [ECF No. 1, pg. 2, question 5]. The Petition further indicates that Debtors are filing bankruptcy in this district because this is their "Current Residence Principal Place of Business 180 Days Before Filing." [ECF No. 1, pg. 2, question 6]. Lastly, Debtors provide that on October 4, 2024, they filed for bankruptcy in South Carolina. [ECF No. 1, pg. 3, question 9].

---

1 Hearing will be held telephonically.
2 The Petition further indicates that Debtor 2 resides at 663 William Hilton Parkway, Unit 4408, Hilton Head Island, SC 22928, which is a different address than where Debtor 1 resides.

Based on the information provided in the Petition, it is unclear as to if the Debtors have jurisdiction to file in this district. Accordingly,

**IT IS HEREBY ORDERED** that Debtors appear on **Thursday, February 13, 2025, at 10:00 a.m.**, **in Room 1875**, **211 W. Fort Street, Detroit, Michigan**, to show cause why this case should not be dismissed for a lack of jurisdiction. Consistent with the Notice of Audio Conferencing Pilot for Judge Oxholm dated November 6, 2023, effective immediately and until further notice, Judge Oxholm will conduct all conferences, non-evidentiary hearings and other matters designated by the Court by telephone.  **At least five minutes before the scheduled time for hearing, counsel and parties should call (202) 503-1666 and use Access Code 966805625#.**  Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

**Signed on February 11, 2025**



/s/ **Maria L. Oxholm**

**Maria L. Oxholm**
**United States Bankruptcy Judge**

Page **2** of **2**