# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION (DETROIT)

**In re:**

Jacqueline Elizabeth Ard
and Terry Frank Nicola

**Chapter 13**
**Case No. 25-40952**
**Hon. Maria L. Oxholm**

### Debtor(s)

Last four digits Social Security: 3748/8286

_____/

### DEBTOR'S EMERGENCY MOTION TO
### EXTEND AND ENFORCE THE AUTOMATIC STAY

Debtors, Jacqueline E. Ard and Terry F. Nicola, pro se, respectfully requests that this Court extend the automatic stay, pursuant to 11 U.S.C. § 362(c)(3)(B), and in support thereof state as follows:

1. Debtors filed this Chapter 13 bankruptcy petition on January 31, 2025 (hereinafter "Petition-MI")

2. On October 4, 2024, Debtors filed Bankruptcy Case No. 24-03611 (hereinafter "Prior Case"), in the United States Bankruptcy Court, District of South Carolina, under Chapter 13. The Prior Case was subsequently dismissed on November 21, 2024, pursuant to 11 U.S.C § 521(a)(1).

3. Debtors had no other pending bankruptcy cases dismissed in the preceding one-year Period.

4. Debtors did not have any prior cases dismissed in the past year for any of the following reasons:

- failure to file or amend other required documents without substantial excuse:

1

- failure to provide adequate protection as ordered by the Court; or

- failure to perform the terms of a plan confirmed by the Court.

5. There has been a substantial change in the Debtor's circumstances that affected their financial and personal affairs, since the dismissal of the Prior Case. The debtors will believe that this case will result in a confirmed plan that will be fully performed.

6. Immediately commencing the Prior Case, several creditors took adverse actions to recover assets and demand payment of claims, while the Automatic Stay was in effect. The Debtors made multiple requests for the creditors to end their harassment and comply with the order, but the creditors completely disregarded the order and continued their unlawful collection methods. This misconduct forced the Debtors to fall further behind resulting in the dismissal of their Prior Case. The Prior Case was dismissed for failure to submit the remaining filing documents. The important documents that the Debtors need for submission are located in their homes in South Carolina, and their creditors have restricted all access.

7. The Debtors have four condominiums in South Carolina located in gated communities, after the Automatic Stay was in place the creditors canceled the Debtors gate keys and revoked their vehicle parking passes. These actions resulted in the Debtors commercial vehicle, being towed which ceased all of their business operations in South Carolina and other states. The creditors threatened to tow their personal vehicle as well if they attempted to access their properties. The Debtors were forced to relocate to Michigan to escape the unsafe and tormenting environment.

8. Since the dismissal of the Prior Case the Debtors have made every attempt to regain their financial footing. The Debtors have devoted an immense amount of their time researching the rules and procedures of the Bankruptcy Code. In the month of January before the

commencement of the Petition-MI, the Debtors commenced adversary proceedings against three out of the twenty-four creditors that violated the Automatic Stay in the Prior Case.

9. The requested relief is therefore necessary to (i) protect the Debtor's estate from opportunistic creditors who have demonstrated a lack of regard for the Bankruptcy Code and seek to diminish the estate immediately following the expiration of the Automatic Stay (ii) protect the Debtor from legal claims against property that isn't part of the estate but is necessary for a successful reorganization.

10. Consequently, by this Motion, the Debtors seek an extension and enforcement of the automatic stay against any adverse action, court litigation, and other proceedings that will deplete the bankruptcy estate and jeopardize the Debtors right to obtain a successful reorganization. These creditors are willing to commit unlawful acts to diminish property of the estate if there is no protection in place.

11. The Debtors hope to effectuate a plan of reorganization that will fairly maximize and expedite creditor recovery, and the best way to ensure that creditor recoveries are not diminished by piece-meal adverse actions is for this Court to extend the automatic stay to protect the Debtors, while the Debtors formulate a successful plan of reorganization.

WHEREFORE, the Debtors request this Court grant this Emergency Motion to Extend the Automatic Stay as to all creditors, after notice and opportunity to be heard, and all other proper relief.

Dated: February 14, 2025

_____
Jacqueline E. Ard, *pro se* Debtor
21215 Dartmouth Dr.
Southfield, MI 48076
jacquelineard72@gmail.com

_____
Terry F. Nicola, *pro se* Co-Debtor
21215 Dartmouth Dr
Southfield, MI 48076
terrynicola5821@yahoo.com

3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION (DETROIT)

**In re:**

Jacqueline Elizabeth Ard
and Terry Frank Nicola

**Chapter 13**
**Case No. 25-40952**
**Hon. Maria L. Oxholm**

**Debtor(s)**

Last four digits Social Security: 3748/ 8286
**21215 Dartmouth Drive**
**Southfield, MI 48076**

_____ /

## ORDER GRANTING EMERGENCY MOTION TO EXTEND
## AND ENFORCE THE AUTOMATIC STAY

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is
☐ **GRANTED**
☐ **DENIED**

Dated:_____

_____
Hon. Maria L. Oxholm
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION (DETROIT)

**In re:**

Jacqueline Elizabeth Ard
and Terry Frank Nicola

**Chapter 13**
**Case No.: 25-40952**
**Hon. Maria L. Oxholm**

### Debtor(s)

Last four digits Social Security: 3748/ 8286
**21215 Dartmouth Drive**
**Southfield, MI 48076**

_____/

## NOTICE OF DEBTORS EMERGENCY MOTION
## TO EXTEND AND ENFORCE THE AUTOMATIC STAY

The Debtors have filed papers with the court requesting an emergency motion to extend and enforce the Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant this Motion if you want the court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

### United States Bankruptcy Court
211 West Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1]   Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

You must also send a copy to:

**Debtors**
Jacqueline E. Ard
Terry F. Nicola
21215 Dartmouth Drive
Southfield, MI 48076

**Trustee**
Tammy L. Turner
Buhl Building
535 Griswold Suite 2100
Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion, and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Date: February 14, 2025

Signature _____
Jacqueline Ard, Debtor
21215 Dartmouth Drive
Southfield, MI 48076
jacquelineard72@gmail.com

Signature _____
Terry F. Nicola, Co-Debtor
21215 Dartmouth Drive
Southfield, MI 48076
terrynicola5821@yahoo.com

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

**In re:**

Jacqueline Elizabeth Ard
and Terry Frank Nicola

**Chapter 13**
**Case No.: 25-40952**
**Hon. Maria L. Oxholm**

### Debtor(s)

Last four digits Social Security: 3748/ 8286
**21215 Dartmouth Drive**
**Southfield, MI 48076**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I served copies as follows:

1. Debtors Emergency Motion to Extend the Automatic Stay
2. Notice of Emergency Motion to Extend the Automatic Stay

Served upon the following:

By electronic delivery (Email)

**Trustee:**
Tammy L. Turner
Buhl Building
535 Griswold Suite 2100
Detroit, MI 48226
terryt@det13.net

**US Trustee:**
Paul Randel
211 West Fort St Suite 700
Detroit, MI 48226
USTP.Region09@usdoj.gov

By First Class Mail:

**AAdvantage Aviator**
Portfolio Recovery
PO Box 8828
Wilmington, DE 19899-8828

**ADT, LLC**
Transworld Systems Inc
500 Virginia Dr. Suite 514
Ft Washington, PA19304

**ADT Security Services**
1501 Yamato Road
Boca Raton, FL 33431

**Allstate Indemnity**
PO Box 4310
Carol Stream, IL 60197

**ADT Security Services**
P.O. Box 650485
Pittsburgh, PA 15250

**Allstate Insurance**
P.O. Box 21169
Roanoke, VA 24018-0537

**American Express - AXP LEGAL ATTORNEY**
500 North Franklin
Turnpike No. 315 MAIL CODE 297
Ramsey, New Jersey 07446

**American Express National Bank**
c/o Becket and Lee
LLP
PO Box 3001
Malvern PA 19355-0701

**Americollect Inc**
PO Box 2080
Manitowoc, WI 54221-2080

**Arlene Grisby**
21215 Dartmouth
Southfield, MI 48076

**Armstrong Cable**
P.O. Box 300
Lancaster, PA 17604-3001

**Associated Credit Services, INC**
P.O. Box 1201
Tewksbury, MA 01876

**Association Services,**
**An Associa Company**
C/O Hilton Head Resort
PO Box 11903
Newark, NJ 07101-4903

**ATandT**
P.O. BOX 5080
Carol Stream, IL 60197-6080

**AWA Collections**
P.O. BOX 6605
Orange, CA 92863

**Bank of America**
P.O. Box 982238
El Paso TX 79998

**Barclays Bank Delaware**
Attention: Card Services LEGAL
P.O. Box 8833
Wilmington, DE 19899-8833

**Barry Mullis**
239 Beach City Road Apt 2213
Hilton Head Island, SC 29926-4713

**Beaufort County Sheriffs Department**
Melissa Hansen
P.O. Box 1758
Beaufort, SC 29901

**Beaufort County Treasurer**
P.O. Drawer 487
Beaufort, SC 29901-0487

**Beaumont Medical Transport Services**
950 West Maple St Suite C
Troy, MI 48084

**Braun Kendrick Finkbeiner PLC**
Mitchell G. Piper
4301 Fashion Square Blvd
Saginaw, MI 48603

**Bromley Law Firm LLC**
Evan K. Bromley
211 Goethe Road, Suite B
Bluffton, SC 29910

**Capital One Auto Finance** AIS
Portfolio Services, LLC 4515 N.
Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

**Capital One Auto Finance**
AIS Portfolio Services, LLC
4515 N. Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

**Capone-Kohls**
P.O. Box 3115
Milwaukee, WI 53201-3115

**Carter-Young, Inc.**
120 2nd St 2nd Fl
Monroe, GA 30655

**CBE Group Spectrum Mobile**
Attn: Client Services
P.O. Box 2547

**Chase Card Services**
P.O. Box 6294
Carol Stream, IL 60197

**Chex Systems Inc**
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1595

**Citibank**
PO Box 790034
St. Louis, MO 63179-0034

**Comenity - Zales**
PO Box 650971
Dallas, TX 75265-0971

**COMENITY PORTFOLIO REFRESH**
3095 LOYALTY CIRCLE
COLUMBUS, OH 43219

**CONSUMERS ENERGY COMPANY**
Attn: Legal Dept
One Energy Plaza
Jackson, MI 49201

**County Council Of
Beaufort County Assessor**
Real Property Services
P.O. Drawer 1229
Beaufort, SC 29901

**Coyne Oil**
513 W. Fifth St
Clare, MI 48617

**CREDIT CONTROL SERVICES INC**
725 CANTON ST.
NORWOOD, MA 02062

**Credit Management Company**
PO Box 16346
Pittsburgh, PA 15242-0346

**Credit One Bank**
PO Box 98875
Las Vegas, NV 89193-8875

**Crown Asset Mgmt**
3100 Breckinridge Blvd Ste 725
Duluth, GA 30096-7605

**Cuyahoga Community College**
700 Carnegie Ave.
Cleveland, OH 44115

**Dave Yost OH Attorney General**
Attn: Timothy Sullivan
18013 Cleveland Pkwy Suite 180
Cleveland, OH 44135

**Debra Schumann**
100 Kensington Blvd Apt N0. 107
Bluffton, SC 29910-7490

**Dillon McCandless King Coulter
and Graham, LLP**
128 West Cunningham Street
Butler, PA 16001

**Dish Network LLC**
9601 S. Meridian Blvd
Englewood, CO 80112

**Diverse Funding**
3580 Harlem Rd Suite 6
Cheektowaga, NY 14215-2045

**DNF Associates**
2351 N Forest Road Suite 110
Getzville, NY 14068

**DTE**
1 Energy Plaza
WCB 735 Attention Legal Dept
Detroit, MI 48226-1221

**Duquesne Light**
Payment Processing Center
P.O. BOX 67
Pittsburgh, PA 15257-0001

**Enterprise Rental Car**
600 Corporate Park Drive
St. Louis, Missouri 63105

**Estate at Westbury
Owners Assoc, Inc**
Board of Directors
85 Kensington Blvd
Bluffton, SC 29910

**Fifth Third Bank**
MD No. ROPS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

**Financial Recovery Services**
P.O. Box 385908
Minneapolis, MN 5543 8-5908

**First Energy - Penn Power**
PO Box 16001
Reading, PA 19612-6001

**Citicorp Credit Services**
Attn: IRU
P.O. Box 790034
St. Louis, MO 63179

3

**Citizens Bank**
One Citizens Plaza
Providence, RI 02903

**City of Detroit - Property Tax**
P.O. Box 33193
Detroit, MI 48232-5193

**City of Detroit Water and Sewerage Dept**
735 Randolph St.
Detroit, MI 48226

**Clare County 55th Judicial Circuit**
225 West Main
Harrison, MI 43625

**Comenity Caesars Rewards**
P.O. Box 650960
Dallas, TX 75263-0960

**Firstsource Advantage, LLC**
205 Bryant Woods South
Amherst, NY 14228

**Forefront Dermatology**
801 York Street
Manitowoc, WI 54220

**Fortiva - Bob's Discount Furniture**
P.O. Box 650721
Dallas, TX 75265-0271

**G0 Store It**
33 Parameter Road
Bluffton, SC 29910

**Garry Masterson, Weltman, Weinberg and Reis Co, LPA**
5990 West Creek Road suite 200
Independence, Ohio 44131

**George B. Smythe**
4000 S. Faber Place Dr Suite 300
Charleston, SC 29405

**Georgia Traffic**
PO Box 80447
Conyers, GA 30013

**GO Store It**
1249 Avondale Rd
Hendersonville, TN 37075

**Greensky**
P.O. Box 2730
Alpharetta, GA 30023

**Hargray Communications-Cable One Inc**
856 William Hilton Parkway
Hilton Head Island, SC 29928-3423

**Henry Sanders**
239 Beach City Road Apt No. 1205
Hilton Head Island, SC 299264709

**Hilton Head Resort-Four Seasons Centre**
HHR Council of Owners Attn:
Board of Directors
663 Wiliam Hilton Parkway
Hilton Head Island, SC 29928-3508

**Home Depot**
CENTRALIZED BANKRUPTCY
P.O. Box 790034
St. Louis, MO 63179-0034

**Home Depot Loan**
PO Box 2730
Alpharetta, GA 30023-2730

**Hon Marvin H. Dukes, III**
Beaufort County Master In Equity
102 Ribaut Road 2nd Floor
Beaufort, SC 29902

**Honorable Nicola Henry-Taylor**
Allegheny Court of Common Pleas
712 City-County Building
414 Grant St
Pittsburg, PA 15219

**Hughes Network Services**
P.O. Box 96874
Chicago, IL 60693-6874

**Hughes Network Systems, LLC**
11717 Exploration Ln
Germantown, MD 20876

**Ian D. Maguire and Tiffany Buffkin**
Maguire Law Firm
1600 North Oak Street Suite B
Myrtle Beach, SC 29577

4

**Janet Spineili**
100 Kensington Blvd Apt 918
Bluffton, SC 29910-7481

**Jannine M. Mutterer, Esq.**
5 Cedar Street
Bluffton, SC 29910

**Jeff Morgan**
663 William Hilton Parkway Apt 4234
Hilton Head Island, SC 29928-3508

**John Curtis**
100 Kensington Blvd Apt 1603
Bluffton, SC 29910-7490

**Jones, Simpson and Newton, P.A.**
Attn Wm Weston J Newton
7 Plantation Park Drive, Suite 3
Bluffton, SC 29910-6035

**Jordan Tax Service**
102 Rahway Road
McMurray, PA 15317-3349

**JPMCB Card Services**
PO Box 15369
Wilmington, DE 19850-5369

**JPMORGAN Chase Bank**
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, NA.
c/o Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**JPMorgan Chase Bank, N.A.**
s/b/mft Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013 Addison, Texas 75001

**Judy Vanderveer**
663 William Hilton Parkway Apt 3121
Hilton Head Island, SC 29928-3524

**Julie A. Franklin**
100 Bull Street Suite 200
Savannah, GA 31401

**Keith Barker**
916 W. Stuart Drive
Galax, VA24333-2607

**Kent State University**
PO Box 5190
Kent, OH 44242-0001

**Kohl's**
PO Box 3043
Milwaukee, WI 53201-3043

**Komatsu Benefits Department**
Mark Harder
401 E Greenfeld Ave
Milwaukee, WI 53204-2941

**Lincoln Township**
Maggie Carey
PO Box 239
Lake George, MI 48633

**Louis Ard**
21215 Dartmouth
Southfield, MI 48076

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Marilyn Garcia**
663 William Hilton Parkway
Hilton Head Island, SC 29928-3508

**Mark Benson**
IMC Resort Services, Inc 2 Corpus
Christi Suite 302
Hilton Head Island, SC 29928

**Maryanne Stephenson**
239 Beach City Road
Hilton Head Island, SC 29926

**Matthew Paul**
2546 Salmon Street
Philadelphia, PA 19125-4033

**Michael Durant**
663 William Hilton Parkway
Hilton Head Island, SC 29928-3508

**Microbilt**
1640 Airport Rd NW STE 115

**Midgard Self Storage**
11 Oliver Court
Bluffton, SC 29910

**MIDLAND CREDIT MANAGEMENT**
320 EAST BIG BEAVER SUITE 300
TROY, MI 48083

**Monevo Inc**
8910 University Cntr Lane Suite 400
San Diego, CA 92122

**Morgan S. Templeton**
145 King Street Suite 300
Charleston, SC 29402

**Mr. Cooper**
PO. Box 619094
Dallas, TX 75261

**National Credit Systems**
Attn: Bankruptcy
PO Box 672288
Marietta, GA 30006-0039

**Nationstar Mortgage**
PO Box 199111
Dallas, TX 75219-9111

**Nationstar Mortgage, LLC**
ATTN: Bankruptcy Department
P.O. Box 619096 Dallas,
TX 75261-9741

**Nationwide Credit Inc**
1225 Washington St Ste 301
Tempe, AZ 85288

**NES**
2479 Edison Blvd Unit A
Twinsburg, OH 44087

**Norman's**
24777 Telegraph Rd
Southfield, MI 48033

**NORTHSTAR LOCATION SERVICES**
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225-1943

**Office Depot Business Credit**
PO. Box 70612
Philadelphia, PA 19176-0612

**Office of Sheriff Beaufort County**
P.O. Box 1758 Beaufort,
SC 29901

**Office Depot**
P.O. Box 78004
Phoenix, AZ 85062

**Ohio Turnpike EZ Pass**
PO Box 94672
Cleveland, OH 44101

**PA Dept of Revenue**
Bureau of Individual Taxes
PO. BOX 280504
Harrisburg, PA 17128-0504

**PA Turnpike Toll By Plate**
PO. Box 645631
Pittsburgh, PA 15264-5254

**Palmetto Electric** Attn: Michelle
Tyler 111 Matthews Dr
Hilton Head Island, SC 29926

**Peoples Gas**
PO. Box 644760
Pittsburgh, PA 15264-4760

**Pioneer Foot Care**
2021 Freeport Rd
Amold, PA 15068

**Pittsburgh Water and Sewer**
1200 Penn Ave
Pittsburgh, PA 15222

**Pittsburgh, PA 15242**
UPMC
P.O. Box 371472 Pittsburgh, PA
15242

**PLYMOUTH ROCK ASSURANCE**
695 ATLANTIC AVE BOSTON,
MA 02111

**PNC Bank**
1900 E 9th St Cleveland, OH
44114

**Pods Legal Dept**
280 Leetsdale Industrial Dr, Suite 200
Leetsdale, PA 15056

6

**Pods Legal Dept**
5585 RioVista Dr
Clearwater, FL 33760

**Polly Nicola**
2583 Lower Assembly Drive
Fort Mill, SC 29708

**Portfolio Recovery**
PO. Box 8828
Wilmington, DE 19899-8828

**Progressive Insurance**
Caine and Weiner PO.
Box 55848
Sherman Oaks, CA 91413

**PROGRESSIVE INSURANCE**
30440 LAKELAND BLVD
WICKLIFFE OH 44092-1749

**Quantum3 Group LLC as agent for**
Crown Asset Management LLC PO
Box 788
Kirkland, WA 98083-0788

**Radius Global Solutions**
7831 Glenroy Road Suite 250
Minneapolis, MN 55439

**Ralph Paine**
151 Lake Linden Drive
Bluffton, SC 29910

**Resurgent Receivables, LLC**
Resurgent Capital Services PO
Box 10587
Greenville, SC 29603-0587

**Ring, LLC**
1523 26111 Street
Santa Monica, CA 90404

**Ronald Zold**
1 Long Cane Ct Bluffton,
SC 29909-7113

**Ruddy William**
3174 Patsie Drive
Beavercreek, OH 45434

**S.C. Dept of Revenue and Taxation**
P.O. Box 125
Columbia, SC 29214

**Sam Einfeldt**
22 Wiilow Drive
Randolph, NJ 07869-4747

**SC Department of Revenue** Office of
General Counsel 300A Outlet Pointe
Blvd Columbia, SC 29210

**Scott M. Wild**
37 New Orleans Road Suite F Hilton
Head Island, SC 29928

**Semina DeLaurentis**
66 Quail Run
Torrington, CT 06790-2549

**Seven Seventeen Credit Union**
3181 LARCHMONT AVE
WARREN, OH 44483

**Shannon Cummings** 302 N.
Lake St Harrison, Ml 48625

**South Carolina Dept of Motor Vehicles**
PO Box 1498
Blythewood, SC 29016-0028

**Spectrum Mobile**
Credit Control, LLC
3300 Rider Trail S, Suite 500 Earth
City, MO 63045

**Synchrony Bank**
PO Box 669809
Dallas, TX 75266-0170

**Synergetic Communication**
PO. Box 680608
Franklin, TN 37068

**T Mobile**
CO American Infosource LP 4515 N
Santa Fe Ave
Oklahoma City, OK 73118-7901

**T-Mobile**
PO Box 742596
Cincinnati, OH 45274-2596

**Tamara Slank**
14686 Oakwood Drive
Shelby Township, MI 48315-1530

**Tate and Kirlin Assoc**
4800 East Street Rd Suite 170
Trevose, PA 19053

**Taybron Law Firm LLC**
3399 Churchview Ave
Pittsburg, PA 15227

**TBOM-ATLS-Fortiva**
6 Concourse Parkway
2nd Floor-mailroom
Atlanta, GA 30328-6117

**TD Bank**
PO Box 84037
Columbus, GA 31908-4037

**TD Bank North NA**
70 Gray Road
Falmouth, ME 041052299

**TD Bank USA-Target Credit**
PO Box 673
Minneapolis, MN 55440-0673

**The Hertz Corporation**
8501 Williams Road
Estero, FL 33928-3325

**The Huntington National Bank**
5555 Cleveland Avenue GW4W25
Columbus, OH 43231

**The Huntington National Bank**
PO Box 89424 OPC856
Cleveland, OH 44101-8539

**The Spa at Port Royal Sound**
Board of Directors
239 Beach City Road
Hilton Head Island, SC 29926-4707

**Ticket Division**
PA Turnpike EZ Pass
300 East Park Dr
Harrisburg, PA 17111

**Title Max Corporation**
15 Bull Street
Savannah, GA 31401

**Traffic Magistrate**
4819 Bluffton Parkway
Bluffton, SC 29910-4622

**UPMC**
Credit Management Company
P.O. Box 16348

**US Department of Education**
C/O Nelnet
121 South 13th Street Lincoln,
NE 68508

**Verizon Wireless Bankruptcy Admin**
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

**Viking Client Services**
Hertz Damage Recovery Team
7500 Office Ridge Circle, Suite
100 Eden Prairie, MO 55344-3763

**Waterloo, IA 50704**
Chase Ink Business Card Services
P.O. Box 15298 Wilmington, DE
19850-6548

**Wells Fargo Bank**
PO. Box 5058
Portland, OR 97208-5058

**West Virgina Trafc Division**
300 Spruce St
Morgantown, WV 26505

**West Virginia EZ Pass**
PO Box 1469
Charleston, WV 25325

**West-Aircomm Federal Credit Union**
C/O Weltman, Weinberg and Reis C0,, L.P.
5990 West Creek Road, Ste 200
Independence, OH 44131

**Westlake Financial**
2 Equity Way Suite 200
Westlake, OH 44145

**Woodlands at St Barnabas**
Attn: Tom Breth
128 West Cunningham Street Butler, PA
16001

**Wright's Customs Body Shop, LLC**
1216 Lesson Avenue
Cadillac, Michigan 49601

**Youngstown State University**
1 Tressel Way
Youngstown, OH 44555

**Zeidmans**
2669 Gratiot Ave

8

Debtors certify that the documents listed above were mailed on February 14, 2025, by First-class mail postage paid and by means of electronic delivery via the CM/ECF Electronic Messaging System and Email to the persons listed above.

Date: February 14, 2025

Signature_____
Jacqueline Ard, Debtor
21215 Dartmouth Drive
Southfield, MI 48076

Signature_____
Terry F. Nicola, Co-Debtor
21215 Dartmouth Drive
Southfield, MI 48076