**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 25−40952−mlo
Chapter: 13
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| Jacqueline Elizabeth Ard aka Jacqueline Ard Nicola, dba Helping Hands Worldwide 21215 Dartmouth Drive Southfield, MI 48076 | Terry Frank Nicola 21215 Dartmouth Drive Southfield, MI 48076 |

Social Security No.:
    xxx−xx−3748                                      xxx−xx−8286

Employer's Tax I.D. No.:
    61−1604111, 45−4003120                88−1009431

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*35* − Debtor's Emergency Motion to Extend and Enforce the Automatic Stay, Proposed Order, Notice of Debtors Emergency Motion to Extend and Enforce the Automatic Stay & Certificate of Service Filed by Debtor Jacqueline Elizabeth Ard (VSH)

will be held on: 3/3/25 at 10:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Consistent with the Notice of Audio Conferencing Pilot for Judge Oxholm dated November 6, 2023, effective immediately and until further notice, Judge Oxholm will conduct all conferences, non−evidentiary hearings and other matters designated by the Court by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (202) 503−1666 and use Access Code 966805625#. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 2/18/25

                                        BY THE COURT

                                        Todd M. Stickle, Clerk of Court
                                        U.S. Bankruptcy Court

---

25-40952-mlo   Doc 38   Filed 02/18/25   Entered 02/18/25 11:07:45   Page 1 of 1