In re:

Jacqueline Elizabeth Ard                                 Case No.: 25-40952
Terry Frank Nicola                                     Chapter 13
                                              Hon. Maria L. Oxholm

        Debtor(s)
_____/

## **ORDER GRANTING IN PART AND DENYING IN PART DEBTORS' MOTION TO EXTEND THE DEADLINE TO FILE MISSING DOCUMENTS**

On February 18, 2025, the Debtors filed a Motion to Extend the Deadline to File Missing Documents. [ECF No. 33]. The Court has reviewed the record and finds cause exists to grant the Debtors an extension of the deadline.

Accordingly, **IT IS HEREBY ORDERED** that Debtors have until **February 28, 2025**, to file all missing documents related to the petition.

**IT IS FURTHER ORDERED** that Debtors' request to adjourn the 341 hearing is denied.

**Signed on February 18, 2025**



/s/ **Maria L. Oxholm**
_____

**Maria L. Oxholm**
**United States Bankruptcy Judge**