**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 25−40952−mlo
Chapter: 13
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))

Jacqueline Elizabeth Ard
aka Jacqueline Ard Nicola, dba Helping
Hands Worldwide
21215 Dartmouth Drive
Southfield, MI 48076

Terry Frank Nicola
21215 Dartmouth Drive
Southfield, MI 48076

Social Security No.:
xxx−xx−3748

xxx−xx−8286

Employer's Tax I.D. No.:
61−1604111, 45−4003120

88−1009431

---

## NOTICE OF ADJOURNED HEARING

PLEASE TAKE NOTICE that the HEARING on 02/20/2025 at 10:00 am to consider and act upon the following:

*16* − Amended Order to Show Cause Why Case Should not be Dismissed for Lack of Jurisdiction . Show Cause hearing to be held on 2/13/2025 at 10:00 AM at Courtroom 1875, 211 W. Fort St. (tmg)

is hereby adjourned to: 3/3/25 at 10:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Consistent with the Notice of Audio Conferencing Pilot for Judge Oxholm dated November 6, 2023, effective immediately and until further notice, Judge Oxholm will conduct all conferences, non−evidentiary hearings and other matters designated by the Court by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (202) 503−1666 and use Access Code 966805625#. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 2/18/25

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court