Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 2 | TERRY<br>First Name | FRANK<br>Middle Name | NICOLA<br>Last Name |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (If known) 25-40952

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **15862 Appoline Purchased 11-8-2017 Parcel 22021109.**<br>Line from *Schedule A/B*: 1.1 | $4,100.00<br>***Funded by an ERISA direct transfer** | ☐ $ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(b)(3)(C);<br>11USC §522(b)(4)(C)<br>SCCA §33-41-720(2)(c) |
| Brief description: **8853 Mendota Street Purchased 04-24-2019 Parcel 18017371.**<br>Line from *Schedule A/B*: 1.2 | $15,350.00<br>***Funded by an ERISA direct transfer** | ☐ $ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(b)(3)(C);<br>11USC §522(b)(4)(C);<br>SCCA §33-41-720(2)(c) |
| Brief description: **513 Main Street Purchased 11-30-2017 Parcel 0375-P-00146-0000-00**<br>Line from *Schedule A/B*: 1.3 | $12,300.00<br>***Funded by an ERISA direct transfer** | ☐ $ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(b)(3)(C);<br>11USC §522(b)(4)(C);<br>SCCA §33-41-720(2)(c) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☐ No
   - ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☑ No
     - ☐ Yes

Debtor 2 TERRY FRANK NICOLA (First Name / Middle Name / Last Name) Case number *(if known)* 25-40952

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **5154 Oak Run Purchased 10-2-2018 Parcel 010-700-516-00**<br>Line from *Schedule A/B:* 1.4 | $ 27,150.00<br>***Funded by an ERISA direct transfer** | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(b)(3)(C);<br>11USC §522(b)(4)(C);<br>SCCA §33-41-720(2)(c) |
| Brief description: **100 Kensington #1106 Purchased 03-01-2021 PIN R600-031-000-0266-1106**<br>Line from *Schedule A/B:* 1.5 | $ 91,950.00<br>***Funded by an ERISA direct transfer** | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(b)(3)(C);<br>11USC §522(b)(4)(C);<br>SCCA §33-41-720(2)(c) |
| Brief description: **663 William Hilton Pkwy #4408 Purchased 03-16-2021 PIN R510-012-000-025B-4408**<br>Line from *Schedule A/B:* 1.6 | $ 139,200.00<br>***Funded by an ERISA direct transfer** | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c);<br>SCCA §15-41-30(A)(1)(a)<br>11USC §522(b)(3)(C) |
| Brief description: **239 Beach City Rd #3218 Purchased 04-29-2021 PIN R510-005-000-008B-3218**<br>Line from *Schedule A/B:* 1.7 | $ 132,450.00<br>***Funded by an ERISA direct transfer** | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c);<br>SCCA §15-41-30(A)(1)(a)<br>11USC §522(b)(3)(C) |
| Brief description: **663 William Hilton Pkwy #4405 Purchased 05-03-2021 PIN R510-012-000-025B-4405**<br>Line from *Schedule A/B:* 1.8 | $ 139,200<br>***Funded by an ERISA direct transfer** | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(b)(3)(C);<br>11USC §522(b)(4)(C);<br>SCCA §33-41-720(2)(c) |
| Brief description: **5140 Oak Run Purchased 04-18-2022 Parcel 010-700-517-01**<br>Line from *Schedule A/B:* 1.9 | $ 47,050.00<br>***Funded by an ERISA direct transfer** | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(b)(3)(C);<br>11USC §522(b)(4)(C);<br>SCCA §33-41-720(2)(c) |
| Brief description: **Hyundai Elantra 2017 VIN 5NPD84LF3HH135859**<br>Line from *Schedule A/B:* 3.1 | $ 7,296 | ☑ $ ______<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(2)<br>(7600-7296=331 unused) |
| Brief description: **Jeep G.Cherokee 2018 VIN 1C4RJFAG3JC479405**<br>Line from *Schedule A/B:* 3.2 | $ 11,451.00 | ☑ $ 11,451.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(2)<br>(7931-11451= -3,520)<br>Unused portion of wildcard |
| Brief description: **RAM ProMaster 2020 VIN 3C6TRVBG8LE103289**<br>Line from *Schedule A/B:* 3.3 | $ 8,993.00 | ☑ $ 8,993.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(2)<br>SCCA §33-41-720(2)(c) |
| Brief description: **RAM ProMaster 2017 VIN 3C6TRVBG9HE514790**<br>Line from *Schedule A/B:* 3.4 | $ 4,096 | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(2)<br>SCCA §33-41-720(2)(c) |
| Brief description: Household Goods<br>Line from *Schedule A/B:* 6 | $ 25,530.00<br>***SEE EXHIBIT "A"** | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(3)<br>SCCA §33-41-720(2)(c) |
| Brief description: Electronics<br>Line from *Schedule A/B:* 7 | $ 4,950.00<br>***SEE EXHIBIT "A"** | ☐ $ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(3)<br>SCCA §33-41-720(2)(c) |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Collectibles of value<br>Line from *Schedule A/B*: 8 | $ 3,890.00<br>*SEE EXHIBIT "A" | ☑ $ 3,890.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(3)<br>Unused portion of Firearms and Homestead exemption |
| Brief description: Equipment for sports<br>Line from *Schedule A/B*: 9 | $ 840.00<br>*SEE EXHIBIT "A" | ☑ $ 840.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(10)<br>SCCA §15-41-30(A)(3)<br>Unused portion of Firearms |
| Brief description: Firearms<br>Line from *Schedule A/B*: 10 | $ 75.00<br>*SEE EXHIBIT "A" | ☑ $ 75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(2)<br>(75-3000=2925) unused<br>2925 unused Firearms |
| Brief description: Clothes<br>Line from *Schedule A/B*: 11 | $ 300.00<br>*SEE EXHIBIT "A" | ☑ $ 300<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(3)<br>Unused portion of Firearms |
| Brief description: (2)Rings<br>Line from *Schedule A/B*: 12 | $ 48,740<br>*SEE EXHIBIT "A"<br>*Funded by an ERISA direct transfer | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(b)(3)(C)<br>11 USC§522(b)(4)(C)<br>*Direct transfer ERISA acct |
| Brief description: Jewelry<br>Line from *Schedule A/B*: 12 | $ 11,800.00<br>*SEE EXHIBIT "A" | ☑ $ 11,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(4)<br>SCCA §15-41-30(A)(7)<br>(15,200-11,800= 3,400) |
| Brief description: Health aids<br>Line from *Schedule A/B*: 14 | $ 2,500<br>*SEE EXHIBIT "A" | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(10) |
| Brief description: Cash<br>Line from *Schedule A/B*: 16 | $ 0.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(5)<br>SCCA §33-41-720(2)(c)<br>SCCA §15-39-410 |
| Brief description: Deposits of money<br>Line from *Schedule A/B*: 17 | $ 0.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 42 USC §407<br>SCCA §9-1-1680<br>SCCA §33-41-720(2)(c) |
| Brief description: Mutual funds, Stocks<br>Line from *Schedule A/B*: 18 | $ 389<br>*Funded by an ERISA direct transfer | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 11USC §522(d)(12)<br>SCCA §15-41-30(A)(13) |
| Brief description: Interest in LLC<br>Line from *Schedule A/B*: 19 | $ 608,750.00<br>*Funded by an ERISA direct transfer | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c)<br>11USC §522(b)(3)(C)<br>11USC §522(b)(4)(C) |
| Brief description: Retirement account<br>Line from *Schedule A/B*: 21 | $ 7,962.00<br>*Funded by an ERISA direct transfer | ☑ $ 7,962<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(11)(a)<br>SCCA §15-41-30(A)(14)<br>29USC §1056(d) |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Security Deposits<br>Line from *Schedule A/B*: 22 | $ 2,000.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(3) |
| Brief description: Annuities<br>Line from *Schedule A/B*: 23 | $ 105.00 | ☐ $ 105.00<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §9-1-1680<br>SCCA §38-63-40(B) |
| Brief description: Tax Refunds<br>Line from *Schedule A/B*: 28 | $ | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c) |
| Brief description: Family support<br>Line from *Schedule A/B*: 29 | $ 12,332.00 | ☑ $ 12,332<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(14)<br>SCCA §15-41-30(A)(3) |
| Brief description: Amts owed to you<br>Line from *Schedule A/B*: 30 | $ 24,800 | ☑ $ 28,400<br>☐ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c) |
| Brief description: Insurance policies<br>Line from *Schedule A/B*: 31 | $ 0.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §38-63-40(B) |
| Brief description: Claims against other<br>Line from *Schedule A/B*: 33 | $ 151,573<br>***SEE EXHIBIT "B"** | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c) |
| Brief description: Claims/ Setoff claims<br>Line from *Schedule A/B*: 34 | $ 105,000.00<br>***SEE EXHIBIT "B"** | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c) |
| Brief description: Office equipmnt<br>Line from *Schedule A/B*: 39 | $ 1,600.00<br>***SEE EXHIBIT "B"** | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c) |
| Brief description: Business tools<br>Line from *Schedule A/B*: 40 | $ 4,800 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §15-41-30(A)(6)<br>SCCA §33-41-720(2)(c) |
| Brief description: PayPal<br>Line from *Schedule A/B*: 17.5 | $ 0.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c) |
| Brief description: Cash App/ Venmo<br>Line from *Schedule A/B*: 17.9 | $ 0.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | SCCA §33-41-720(2)(c)<br>SCCA §15-39-410 |

# Exhibit A

EXHIBIT "A"

## Supplemental Form 106A/B Schedule A/B: Property Page 4
## Part 3: Describe Your Personal and Household Items

| #6 | Household goods and furnishings | UNIT | TOTAL | EXEMPTION |
|---|---|---|---|---|
| QTY | DESCRIPTION | COST | COST | LAW |
| 12 | Stoves | 300.00 | 3,600.00 | SCCA §33-41-720(2)(c) |
| 13 | Refrigerators | 300.00 | 3,900.00 | SCCA §33-41-720(2)(c) |
| 10 | Washers | 300.00 | 3,000.00 | SCCA §33-41-720(2)(c) |
| 7 | Dryers | 300.00 | 2,100.00 | SCCA §33-41-720(2)(c) |
| 15 | Sofas | 400.00 | 6,000.00 | SCCA §33-41-720(2)(c) |
| 9 | Dinette sets | 250.00 | 2,250.00 | SCCA §33-41-720(2)(c) |
| 12 | Twin beds | 100.00 | 1,200.00 | SCCA §33-41-720(2)(c) |
| 10 | Full / queen beds | 150.00 | 1,500.00 | SCCA §33-41-720(2)(c) |
| 51 | Linen twin | 20.00 | 1,020.00 | SCCA §33-41-720(2)(c) |
| 32 | Linens - Queen | 30.00 | 960.00 | SCCA §33-41-720(2)(c) |
| | **Total** | | **25,530.00** | |

| #7 | Electronics | UNIT | TOTAL | EXEMPTION |
|---|---|---|---|---|
| QTY | DESCRIPTION | COST | COST | LAW |
| 8 | Small TVs | 50.00 | 400.00 | SCCA §33-41-720(2)(c) |
| 14 | Large TVs | 150.00 | 2,100.00 | SCCA §33-41-720(2)(c) |
| 4 | Laptops | 100.00 | 400.00 | SCCA §33-41-720(2)(c) |
| 4 | DVD Players | 25.00 | 100.00 | SCCA §33-41-720(2)(c) |
| 1 | Game | 200.00 | 200.00 | SCCA §33-41-720(2)(c) |
| 1 | Professional Camera | 300.00 | 300.00 | SCCA §33-41-720(2)(c) |
| 6 | Printers | 100.00 | 600.00 | SCCA §33-41-720(2)(c) |
| 3 | Scanner | 50.00 | 150.00 | SCCA §33-41-720(2)(c) |
| 2 | Computers | 125.00 | 250.00 | SCCA §33-41-720(2)(c) |
| 3 | Audio Boom Box | 50.00 | 150.00 | SCCA §33-41-720(2)(c) |
| 4 | Cell phones | 75.00 | 300.00 | SCCA §33-41-720(2)(c) |
| | **Total** | | **4,950.00** | |

| #8 | Collectibles of value | UNIT | TOTAL | EXEMPTION |
|---|---|---|---|---|
| QTY | DESCRIPTION | COST | COST | LAW |
| 73 | Paintings | 30.00 | 2,190.00 | SCCA §15-41-30(A)(3) |
| 100 | Books | 10.00 | 1,000.00 | SCCA §15-41-30(A)(3) |
| 7 | Memorabilia | 100.00 | 700.00 | SCCA §15-41-30(A)(3) |
| | **Total** | | **3,890.00** | Unused portion of firearms |

| #9 | Equipment for sports and hobbies | UNIT | TOTAL | EXEMPTION |
|---|---|---|---|---|
| QTY | DESCRIPTION | COST | COST | LAW |
| 1 | ADA Exercise Machine | 200.00 | 200.00 | SCCA §15-41-30(A)(10) |
| 1 | Elliptical | 150.00 | 150.00 | SCCA §15-41-30(A)(10) |

| | | | | | |
|---|---|---|---|---|---|
| 4 | Bicycles | 75.00 | 300.00 | SCCA §15-41-30(A)(3) |
| 3 | Set of golf clubs | 30.00 | 90.00 | SCCA §15-41-30(A)(3) |
| 1 | Paddle Boat | 100.00 | 100.00 | SCCA §15-41-30(A)(3) |
| | **Total** | | **840.00** | Unused portion of firearms |

| **#10** | **Firearms** | UNIT | TOTAL | EXEMPTION |
|---|---|---|---|---|
| QTY | DESCRIPTION | COST | COST | LAW |
| 1 | Pistol | 75.00 | 75.00 | SCCA §15-41-30(A)(2) |
| | **Total** | | **75.00** | 3000-75= 2925<br>Firearm= 2925 unused |

| **#11** | **Clothes** | UNIT | TOTAL | EXEMPTION |
|---|---|---|---|---|
| QTY | DESCRIPTION | COST | COST | LAW |
| | Clothes, Shoes, Coats | | 300.00 | SCCA §15-41-30(A)(3) |
| | **Total** | | **300.00** | Unused portion of firearms |

| **#12** | **Jewelry** | UNIT | TOTAL | EXEMPTION |
|---|---|---|---|---|
| QTY | DESCRIPTION | COST | COST | LAW |
| | Diamond earrings | | 3,500.00 | SCCA § 15-41-30(A)(7) |
| | Diamond ring | | 700.00 | SCCA § 15-41-30(A)(7) |
| | Gold Earrings | | 600.00 | SCCA § 15-41-30(A)(7) |
| | Diamond bracelet | | 1,200.00 | SCCA § 15-41-30(A)(4) |
| | Diamond bracelet | | 1,800.00 | SCCA § 15-41-30(A)(4) |
| | Diamond bracelet bangle | | 1,500.00 | SCCA § 15-41-30(A)(7) |
| | Gold chain | | 2,500.00 | SCCA § 15-41-30(A)(7) |
| | Diamond engagement ring *Funded by an ERISA direct transfer | | 25,000.00 | 11USC § 522(b)(3)(c) |
| | Diamond wedding ring *Funded by an ERISA direct transfer | | 23,740.00 | 11USC § 522(b)(3)(c) |
| | **Total** | | **60,540.00** | 15,200-11,800=3,400<br>wildcard=3,400 unused |

| **#13** | **Non-farm animals** | | | |
|---|---|---|---|---|
| Dog | shih tzu 8 years old; skin infections, allergies,Heart diseases, worm disease, ear infection | | **100.00** | Unused portion of firearms |

| **#14** | **Health Aids** | UNIT | TOTAL | EXEMPTION |
|---|---|---|---|---|
| QTY | DESCRIPTION | COST | COST | LAW |
| 3 | Electric sccooter | 500.00 | 1,500.00 | SCCA §15-41-30(A)(10) |
| 1 | Electric wheelchair | 600.00 | 600.00 | SCCA §15-41-30(A)(10) |
| 4 | Walkers | 50.00 | 200.00 | SCCA §15-41-30(A)(10) |
| 1 | Deep Brain Stimulator | 100.00 | 100.00 | SCCA §15-41-30(A)(10) |
| 1 | Wheelchair (Manual) | 100.00 | 100.00 | SCCA §15-41-30(A)(10) |
| | **Total** | | **2,500.00** | |
| | **Grand Total** | | **98,725.00** | |

# Exhibit B

EXHIBIT "B"

**Supplemental Form 106A/B Schedule A/B: Property Page 8**
**Part 4: Describe Your Personal and Household Items**
**Part 5: Describe Any Business-Related Property**

| **#33** | **Claims against third parties whether or not you have filed a lawsuit** | | ESTIMATED |
|---|---|---|---|
| | DESCRIPTION | | CLAIM |
| | LEVI AND AMANDA BROCK - UNPAID RENT AND DAMAGE | | 11,223.00 |
| | PARRIS GRIGSBY AND CARL BELL - UNPAID RENT AND FRAUD | | 16,809.89 |
| | ALLSTATE INSURANCE | | 2,500.00 |
| | BEAUFORT COUNTY SHERIFF | | UNKNOWN |
| | COYNE OIL | | 4,000.00 |
| | CONSUMERS ENERGY | | UNKNOWN |
| | DTE | | UNKNOWN |
| | PALMETTO ELECTRIC AND MICHELLE TYLER | | 7,500.00 |
| | PODS | | UNKNOWN |
| | TITLEMAX | | UNKNOWN |
| | ZEIDMAN'S | | 45,540.00 |
| | GO STORE IT | | 24,000.00 |
| | NORMANS JEWERLY | | 25,000.00 |
| | PROGRESSIVE AND HOWARD CUSTOM | | 15,000.00 |
| | **Total** | SCCA §33-41-720(2)(c) | **151,572.89** |

| **#34** | **Other contingent and unliquidated claims including counterclaims of the debtor and rights to set off claims** | | ESTIMATED CLAIM |
|---|---|---|---|
| | TOM AND CLAUDIA CROOK | | UNKNOWN |
| | PHILLIP LOMAX | | UNKNOWN |
| | HILTON HEAD RESORT | | UNKNOWN |
| | THE SPA ON PORT ROYAL SOUND / MUTTERER | | UNKNOWN |
| | CLAUDINE MCKEMIE | | 25,000.00 |
| | ESTATE AT WESTBURY | | UNKNOWN |
| | ZOLD, VANDERVEER, WESTON, DUKES | | UNKNOWN |
| | POLLY NICOLA AND TAYBRON LAW | | 55,000.00 |
| | MARK HARDER AND KOMATSU | | 25,000.00 |
| | **Total** | SCCA §33-41-720(2)(c) | **105,000.00** |

**Page 8 Supplemental Form 106A/B Schedule A/B: Property**
**Part 5: Describe Any Business-Related Property You Own**

| **#39** | **Office equipment, furnishings, and supplies** | | | |
|---|---|---|---|---|
| 3 | Grills | 100.00 | 300.00 | SCCA §33-41-720(2)(c) |
| 6 | Patio sets | 100.00 | 600.00 | SCCA §33-41-720(2)(c) |
| 3 | Patio pits | 100.00 | 300.00 | SCCA §33-41-720(2)(c) |
| 1 | Computer | | 200.00 | SCCA §33-41-720(2)(c) |
| 1 | Printer | | 50.00 | SCCA §33-41-720(2)(c) |
| 1 | Furniture | | 150.00 | SCCA §33-41-720(2)(c) |
| | **Total** | | **1,600.00** | |
| | | **Grand Total** | | **258,172.89** |