# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION (DETROIT)

**In re:**

Jacqueline Elizabeth Ard
and Terry Frank Nicola

**Chapter 13**
**Case No.: 25-40952**
**Hon. Maria L. Oxholm**

### Debtor(s)

Last four digits Social Security: 3748/ 8286
**21215 Dartmouth Drive**
**Southfield, MI 48076**

_____/

## EMERGENCY MOTION TO EXTEND THE DEADLINE
## TO FILE MISSING DOCUMENTS

Jacqueline E. Ard ("Debtor 1") and Terry F. Nicola ("Debtor 2") debtors

in the above-captioned case (collectively, the "Debtors"), hereby move (this "Motion")

for entry of an order pursuant to rules 9006-1(a) and 9006 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), extending the time to file all

remaining schedules (including but not limited to the Schedule Declaration, Schedules

D-J, and the Summary of Schedules) , Chapter 13 Plan, Statement of Financial Affairs,

Chapter 13 Statement of Income / Calculation, Copies of Payment Advices, Current

Income, and the Statement of Increase Income/Exp. (collectively, the "Schedules and

Statements"); and to adjourn the scheduled 341 Meeting to a later date. In support of

this Motion, the Debtors respectfully state as follows:

### JURISDICTION

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§
        157 and 1334.

1

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

4. The statutory and rule-based predicates for the relief requested herein are sections 105(a) and 521 of the Bankruptcy Code, and Bankruptcy Rules 1007(c), 2003(a) and 9006(b)(l).

5. The Debtors request such extensions without prejudice to their rights to seek further extensions or waivers from the Court if needed.

## **BACKGROUND**

6. On January 31, 2025 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 13 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.,* the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of Michigan (the "Court"), commencing the Debtors chapter 13 case (this "Chapter 13 Case"). The Debtors continue to handle all their financial affairs, operate their business and manage their properties as debtors-in-possession pursuant to Rule 9001(5) FRBP.

7. The Debtors are married, and their income consists of fixed and self-employed revenue. Debtor Ard is self-employed and authorized to operate the Debtors' businesses and manage all financial affairs as debtor-in-possession pursuant to § 1107(a) and 1108 of the Bankruptcy Code. Debtor Nicola is totally disabled and retired on a disability from a global manufacturing company where he receives a fixed pension payment along with a social security benefit payment.

8. On October 4, 2024, The Debtors filed Chapter 13 Bankruptcy in the District of South Carolina Case No. 24-03611(hereinafter "Previous Case").

2

9. On November 19, 2024, the Debtors' previous case was dismissed pursuant to 11 USC § 521(i) for failure to submit the remaining filing documents.

10. On January 31, 2025, the Debtors' filed their second Chapter 13 in the Eastern District of Michigan Case No. 25-40952 (hereinafter "Current Case")

11. On February 18, 2025, the Debtors received their first extension to file Missing Documents. The deadline to file was reset to February 28, 2025.

12. The Debtors face another major challenge. Debtor Ard has fallen extremely ill with Covid-19. Over the last few days, Debtor Ard has suffered severe symptoms making it difficult to breathe. Debtor Ard is currently treating with antibiotics and anticipates feeling better by the end of the week. Due to her conditions, it has been impossible to work on the documents needed for submission by February 28, 2025. After full recovery Debtor Ard is determined to work vigorously to submit the missing documents by the new deadline date. Debtor Ard prays that this court would extend the deadline to allow Debtor Ard to make a full recovery of her condition.

## RELIEF REQUESTED

13. For the reasons stated above Debtors believe "good cause" has been shown to grant an extension to File the missing documents.

14. The Debtors respectfully request that this Court enter an order extending the time to file the Missing Documents through and including March 10, 2025, without prejudice to the Debtors' ability to request additional time should it become necessary.

15. The 341 meeting is currently scheduled for March 4, 2025, based on the current circumstances it seems appropriate and necessary to adjourn the meeting to

25-40952-mlo   Doc 53   Filed 02/26/25   Entered 02/26/25 09:59:46   Page 3 of 6

a later date. The adjournment would give the Debtors the opportunity to submit the remaining documents and appear for the scheduled meeting.

### BASIS FOR RELIEF

16. Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c), Debtors ordinarily would be required to file the Schedules and Statements within 14 days after the Commencement Date. This Court is authorized to extend the filing deadline "for cause" by Bankruptcy Rules 1007(c) and 9006(b)(l).

17. Section 105(a) of the Bankruptcy Code also provides this Court with the power to grant the relief requested by the Debtors herein. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

18. Accordingly, the Debtors submit that the relief requested by this Motion is in the best interests of the Debtors, their estate, and their creditors' claims because it will maximize the Debtors' likelihood of a successful reorganization.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, granting the relief requested herein and provide such other and further relief as the Court deems just and proper.


Date: February 26, 2025


Signature_____
Jacqueline Ard, Debtor
21215 Dartmouth Drive
Southfield, MI 48076

Signature_____
Terry F. Nicola, Co-Debtor
21215 Dartmouth Drive
Southfield, MI 48076

4

ARD, JACQUELINE **DOB:** ██████1972 (52 yo F) ████████████ **DOS:** 02/22/2025

## Progress Notes

**Patient:** ARD, JACQUELINE
**Account Number:** ██████
**DOB:** ██████/1972  **Age:** 52 Y  **Sex:** Female
**Phone:** 313-770-7051
**Address:** 21215 DARTMOUTH DR, SOUTHFIELD, MI-48076

**Appointment Provider:** Raven Richardson, FNP

**Date:** 02/22/2025

## Subjective:

### Chief Complaints:
1. Flu-like symptoms.

### HPI:
HPI:
Pt c/o cough, sore throat, runny nose, nasal congestion, bodyaches, fever, and chills for XX days. Denies chest pain, SOB, and N/V/D. Patient admits to possible sick contact.

### ROS:
Patient denies any recent change in weight without trying, vision or hearing problems. No CP, SOB, ABD Pain, orthopnea, or peripheral edema. They note no lumps or swollen glands, no new rashes, changing moles, or change in bowel or bladder function. No melena or BRBPR. Mood has been good and overall doing well.

**Medical History:** Heart problems, High blood pressure.

**Family History:** No Family History documented..

**Medications:** None

**Allergies:** N.K.D.A.

## Objective:

### Vitals:
Wt: **121.2** lbs, Ht: 49 in, Temp: **98.1** F, BP: **137/83** mm Hg, HR: **98** /min, Oxygen sat %: **99** %, BMI: **35.49** Index.

### Examination:
General Examination:
WNWD NAD. Affect is normal and appropriate. Mucosa is pink and moist. Pharynx pink and moist PERRL. TMs and canals are clear with normal light reflex.. Neck is supple without any lymphadenopathy or thyromegaly. Chest CTA without any wheezing/crackles.. Heart is RRR, +s1/s2 with no M/R. Abdomen soft/non-tender. No HSM no G/R . Extremities warm and dry with no cyanosis, clubbing, or edema. Gait is WNL. Skin is warm and hydrated. No rashes.

## Assessment:

### Assessment:
1. COVID-19 - U07.1 (Primary)

**Appointment Provider: Raven Richardson, FNP**

**Date: 02/22/2025**

2. Influenza - J11.1    **Specify·:** rule out

# Plan:
### Treatment:
### 1. COVID-19
   <u>LAB: Rapid Sofia COVID antigen test</u>
Positive.

### 2. Influenza
Start Paxlovid (300/100) Tablet Therapy Pack, 20 x 150 MG & 10 x 100MG, 3 tablets, Orally, Twice a day, 5 days, 30, Refills 0 .
   <u>LAB: Rapid Flu</u>
Negative

### 3. Others
Notes: Assessment and plan reviewed with patient

Follow up in 5-7 days with your family doctor. Return sooner, If Worse. If your condition WORSENS - GO TO THE NEAREST EMERGENCY DEPARTMENT.

Discussed natural and expected course of this diagnosis and need to alert me if symptoms do not follow expected course, or if any worse.

**Procedure Codes:** 87804 INFLUENZA ASSAY W/OPTIC, Modifiers: QW , 87804 Rapid Flu, Modifiers: 59 , QW, 87426 Sofia Rapid Swab, Modifiers: QW , 99213 Office Visit, Est Pt., Level 3

Electronic signature of raven richardson , FNP-C on **02/22/2025** at **07:09 PM EST**
Sign off status: **Pending**

---

**Appointment Provider: Raven Richardson, FNP**

**Date: 02/22/2025**

Generated for Printing/Faxing/eTransmitting on: 02/22/2025 07:09 PM EST