In re:

Jacqueline Elizabeth Ard                              Case No.: 25-40952
Terry Frank Nicola                                       Chapter 13
                                                      Hon. Maria L. Oxholm

             Debtor(s)

_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEBTORS' SECOND MOTION TO EXTEND THE DEADLINE TO FILE MISSING DOCUMENTS

On February 26, 2025, the Debtors filed a Second Motion to Extend the Deadline to File Missing Documents. [ECF No. 56]. The Court has reviewed the record and finds cause exists to grant the Debtors an extension of the deadline.

Accordingly, **IT IS HEREBY ORDERED** that Debtors shall file all missing documents related to the petition no later than **12:00 p.m. EST** on **March 3, 2025.**

**IT IS FURTHER ORDERED** that Debtors' request to adjourn the 341 hearing is denied.

**IT IS FURTHER ORDERED** that the Order to Show Cause for Dismissal of the Case shall be adjourned from March 3, 2025, at 10:00 a.m. EST to **March 3, 2025, at 1:00 p.m. EST.**

**IT IS FURTHER ORDERED** that the Debtors' Emergency Motion to Extend the Automatic Stay shall be adjourned from March 3, 2025, at 10:00 a.m. EST to **March 3, 2025, at 1:00 p.m. EST**.

**IT IS FURTHER ORDERED** that Debtors' Motion to Extend the Deadline to File Missing Documents [ECF No. 53] is denied as moot.

**Signed on February 26, 2025**



/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**