FILED '25 MAR 3 PM12:00
US BANKRUPTCY MIE-DET

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**IN RE:**

JACQUELINE ELIZABETH ARD
TERRY FRANK NICOLA

CASE NO: 25-40952
CHAPTER: 13
JUDGE: MARIA L. OXHOLM

Debtor.

_____/

MOTION FOR/TO EXTEND TIME TO FILE REMAINING DOCUMENTS, SCHEDULES, AND PLAN

**NOW COMES** Debtor(s), and brings this motion. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. DUE TO HAVING COVID. I WAS NOT ABLE TO DEVOTE THE TIME NEEDED TO COMPLETE MY DOCUMENTS

2. I WAS ABLE TO GATHER ALL OF THE INFO NEEDED FROM CREDITORS TO COMPLETE THE SCHEDULES

3. Debtor requests 10 DAY EXTENSION TO COMPLETE THE REQUIRED DOCUMENTS.

**WHEREFORE**, Debtor requests this Court to consider Debtor's Motion and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: MARCH 3, 2025

Respectfully submitted,

_____
(Debtor's Signature)
Print Name: JACQUELINE E. ARD

_____
(Co-Debtor's Signature)
Print Name: Terry F. Nicola

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**IN RE:**

JACQUELINE ELIZABETH ARD
TERRY FRANK NICOLA

CASE NO: 25-40952
CHAPTER: 13
JUDGE: MARIA L. OXHOLM

**Debtor.**

_____/

**ORDER GRANTING MOTION TO/FOR** EXTENSION TO FILE REMAINING DOCUMENTS, SCHEDULES, AND PLAN.

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.

Form B20A(Official Form 20A)
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:

JACQUELINE ELIZABETH ARD
TERRY FRANK NICOLA

_____Debtor(s)_____/

Chapter: 13

Case No.: 25-40952

Judge: MARIA .L .OXHOLM

Address 21215 DARTMOUTH
SOUTHFIELD, MI 48076

Last four digits of Social Security or 3748/8286
Employer's Tax Identification (EIN) No(s).(if any): _____

## NOTICE OF MOTION

Debtor has filed papers with the court EXTENSION TO FILE REMAINING DOCUMENTS
{relief sought in motion} SHEDULES, AND PLAN

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, within ___14___ days, you or your attorney must:

1.          File with the court a written response or an answer, explaining your position at:[1]

### United States Bankruptcy Court
211 W. FORT
DETROIT, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to [enter debtor's name and address and name and address of others to be served]: JACQUELINE ARD
21215 DARTMOUTH
SOUTHFIELD, MI 48076

2.          If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 3-3-2025

Signature _____
Name JACQUELINE E. ArD
Address 21215 DARTMOUTH
SOUTHFIELD, MI 48076

Terry F. Nicola
21215 DARTMOUTH
SOUTHFIELD, MI 48076

---
[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)