In re:

Jacqueline Elizabeth Ard &
Terry Frank Nicola

        Debtor(s)

_____/

Case No.: 25-40952
Chapter 13
Hon. Maria L. Oxholm

## ORDER DENYING DEBTORS' THIRD MOTION TO EXTEND DEADLINE TO FILE MISSING DOCUMENTS

The matter is before the Court on Debtors' Third Motion to Extend the Deadline to File Missing Documents. [ECF No. 61]. Debtors' case was filed on January 31, 2025, and the automatic stay expires on March 3, 2025. The Court notes that Debtors filed for Ch 13 relief on October 4, 2024, in South Carolina (case No. 24-03611), and the petition was dismissed for failure to file documents. The Court has already granted Debtors two extensions of the deadline, giving Debtors over 30 days to file the missing documents.

Accordingly, **IT IS HEREBY ORDERED** that Debtors' Third Motion to Extend Deadline to File Missing Documents is denied.

**Signed on March 3, 2025**



/s/ **Maria L. Oxholm**
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**

Page **1** of **1**