**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 25−40952−mlo
Chapter: 13

In Re: (NAME OF DEBTOR(S))

Jacqueline Elizabeth Ard
aka Jacqueline Ard Nicola, dba Helping
Hands Worldwide
21215 Dartmouth Drive
Southfield, MI 48076

Terry Frank Nicola
21215 Dartmouth Drive
Southfield, MI 48076

Social Security No.:
xxx−xx−3748

xxx−xx−8286

Employer's Tax I.D. No.:
61−1604111, 45−4003120

88−1009431

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN THAT on **3/3/25**, an order dismissing the above entitled case was entered because the above−captioned individual debtor(s) failed to file the following required papers. Accordingly, the automatic stay is lifted.

- ☐ Application for Individuals to Pay the Filing Fee in Installments
- ☐ Application to Have the Chapter 7 Filing Fee Waived
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Petition Preparers Notice, Declaration, and Signature
- ☐ Certificate of Budget and Credit Counseling
- ☐ Chapter 7 Statement of Your Current Monthly Income Form 122A−1
- ☑ Chapter 13 Plan
- ☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
- ☑ Declaration About an Individual Debtor(s) Schedules
- ☐ Declaration under Penalty of Perjury without an Attorney
- ☐ Initial Statement About an Eviction Judgment Against You
- ☐ List of Creditors
- ☐ Schedule A/B Property
- ☐ Schedule C The Property You Claim as Exempt − Debtor
- ☐ Schedule C The Property You Claim as Exempt − Joint Debtor
- ☐ Schedule D Creditors Who Have Claims Secured by Property
- ☐ Schedule E/F Creditors Who Have Unsecured Claims
- ☐ Schedule G Executory Contracts and Unexpired Leases
- ☐ Schedule H Your Codebtors
- ☐ Schedule I Your Income
- ☐ Schedule J Your Expenses
- ☐ Schedule J−2 Expenses for Separate Household of Debtor 2

☑ Schedules A–J

☐ Statement About Your Social Security Numbers

☐ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b)

☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy

☑ Summary of Your Assets and Liabilities and Certains Statistical Information

Dated: 3/3/25

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court